On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.

JOHN H. FAUNCE N. Y., INC. *v.* UNITED STATES

No. 7292.—Invoices dated Hayes, England, June 18, 1946, etc.
Certified June 24, 1946, etc.
Entered at New York, N. Y., July 8, 1946, etc.
Entry No. 701994, etc.

(Decided June 18, 1947)

*Sharretts & Hillis (Maxwell Palmer* of counsel) for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

OLIVER, Presiding Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.

JOHNSON BROS. ET AL. *v.* UNITED STATES

No. 7293.—Invoices dated Birmingham, England, December 1945, etc.
Certified December 31, 1945, etc.
Entered at New York, N. Y., January 24, 1946, etc.
Entry Nos. 734827; 709373.

(Decided June 18, 1947)

*Barnes, Richardson & Colburn (Hadley S. King,* of counsel) for the plaintiffs.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

OLIVER, Presiding Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importers on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.

CHAS. H. ASCHE & CO., INC., ET AL. *v.* UNITED STATES

No. 7294.—Invoices dated London, England, October 18, 1945, etc.
Entered at New York, N. Y., December 14, 1945, etc.
Entry No. 727318, etc.

(Decided June 18, 1947)

*Strauss & Hedges* (*Hadley S. King* of counsel) for the plaintiffs.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

MOLLISON, Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:

(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importers on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.

BUDD, LTD., ET AL. *v.* UNITED STATES

No. 7295.—Invoices dated London, England, February 13, 1946, etc.
Certified February 15, 1946, etc.
Entered at New York, N. Y., March 28, 1946, etc.
Entry No. 748178, etc.

(Decided June 18, 1947)

*Jordan & Klingaman* for the plaintiffs.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

MOLLISON, Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for dehision upon the following stipulation of counsel for the parties hereto:

(Stipulation omitted.)